PHILLIP A. TALBERT
Assistant United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT SWEED,<br><br>Defendant. | CASE NO. 2:20-CR-00087-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 29, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 29, 2021.

2. By this stipulation, defendant now moves to continue the status conference until May 17, 2021, and to exclude time between March 29, 2021, and May 17, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple reports, several hundred photographs, and an audio recording. This discovery has been produced directly to counsel.

///

///

b)        Counsel for defendant desires additional time to discuss the discovery, resolution options, and trial strategy with his client, conduct independent factual investigation and legal research into trial and sentencing issues, and otherwise prepare for trial

c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)        The government does not object to the continuance.

e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 29, 2021 to May 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[CONTINUED ON NEXT PAGE]

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 24, 2021

        PHILLIP A. TALBERT
        Assistant United States Attorney

        /s/ CAMERON L. DESMOND
        CAMERON L. DESMOND
        Assistant United States Attorney

Dated: March 24, 2021

        /s/ Mark Reichel
        Mark Reichel
        Counsel for Defendant
        SCOTT SWEED

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 24, 2021

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE