PHILLIP A. TALBERT
Assistant United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00087-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SCOTT SWEED, | DATE: May 17, 2021 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 17, 2021.

2.    By this stipulation, defendant now moves to continue the status conference until June 21, 2021 at 9:00 a.m., and to exclude time between May 17, 2021, and June 21, 2021 at 9:00 a.m., under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes multiple reports, several hundred photographs, and an audio recording. This discovery has been produced directly to counsel.

/ / /

1  ///

2        b)     Counsel for defendant desires additional time to review discovery, discuss the

3  discovery, resolution options, trial strategy, and sentencing exposure with his client, conduct

4  independent factual investigation and legal research into trial and sentencing issues, and

5  otherwise prepare for trial.

6        c)     Counsel for defendant believes that failure to grant the above-requested

7  continuance would deny him the reasonable time necessary for effective preparation, taking into

8  account the exercise of due diligence.

9        d)     The government does not object to the continuance.

10        e)     Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendant in a trial within the

12  original date prescribed by the Speedy Trial Act.

13        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  et seq., within which trial must commence, the time period of May 17, 2021 to June 21, 2021 at

15  9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

16  Code T4] because it results from a continuance granted by the Court at defendant's request on

17  the basis of the Court's finding that the ends of justice served by taking such action outweigh the

18  best interest of the public and the defendant in a speedy trial.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 12, 2021

PHILLIP A. TALBERT
Assistant United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney


Dated:  May 12, 2021

/s/ Mark Reichel
Mark Reichel
Counsel for Defendant
SCOTT SWEED


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.  Moreover, the ongoing COVID-19 pandemic has led to the suspension of jury trials in this district since March 17, 2020, and the General Orders of this court issued in connection with the pandemic allow for continuances and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), with no further findings required.  General Orders 611, 612, 617, and 618.  Additionally, the April 16, 2020 Order of the Judicial Council of the Ninth Circuit suspended the time limits of 18 U.S.C. § 3161(c) due to a judicial emergency in this district until May 2, 2021.  See In re Approval of the Judicial Emergency Decl. in the E. Dist. of Cal., 956 F.3d 1175 (9th Cir. Judicial Council 2020).

Dated:  May 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE