MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for SWEED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 20-CR-S-0087 WBS |
|---|---|
| Plaintiff, | STIPULATION TO RE SET DATE FOR STATUS CONFERENCE; ORDER ON TIME EXCLUSION |
| v. | |
| SCOTT SWEED | DATE: JULY 26, 2021<br>TIME: 9:00 a.m.<br>HON WILLIAM B. SHUBB |
| DEFENDANT. | |

The government and defendant's counsel (the "parties") seek to continue the status conference to July 26, 2021, and to exclude time under the Speedy Trial Act and Local Code T4 for effective defense preparation. The background:

a) The government has provided the defense with the discovery associated with this case. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for Defendant desires additional time to review the current charges, review discovery, conduct research and investigation into the charges and alleged acts, consult with their client, and otherwise prepare the matter with additional witness interviews and other investigation.

1

c) Counsel for defendant believe that the continuance will provide them reasonable time necessary for effective preparation, considering the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 21, 2021, to July 26, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

g) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2021

MCGREGOR W. SCOTT United States Attorney

/s/ *CAMERON DESMOND*

CAMERON DESMOND

Assistant U.S. Attorney

/s/ *MARK REICHEL*

MARK REICHEL

Counsel for Defendant

FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 16, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE